UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUNBIT CHO,

               Plaintiff,

    v.

META PLATFORMS, INC.,

               Defendant.

Case No. 3:25-CV-08467-JCS

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

**[PROPOSED] ORDER**

The Court, having considered the Parties' stipulation and finding good cause, hereby ORDERS as follows:

- The Initial Case Management Conference is continued from May 20, 2026 to

  _____. The Parties shall file a Joint case Management Statement by

  _____.

IT IS SO ORDERED.

DATED: 05/19/2026



Magistra[te]

DENIED

Judge Joseph C. Spero